UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YOLANDA VESSELL, ET AL.

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 07-228-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 22, 2008 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court finds that jurisdiction exists as the jurisdictional amount has been met and this matter shall continue to proceed in this court.

Baton Rouge, Louisiana, this 31ST day of March, 2008.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE