# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

---

YOLANDA VESSELL and
ROGERS VESSEL
**Plaintiffs**

**CIVIL ACTION NUMBER 07-228-JJB-CN**

**JUDGE JAMES J. BRADY**

**V.**

**MAGISTRATE JUDGE CHRISTINE NOLAND**

WAL-MART STORES, INC.
**Defendant**

**JURY TRIAL DEMANDED**

---

### ORDER

The Court has received and reviewed the Motion For Leave To File A First Amending And Supplemental Complaint, however the memorandum in support of the motion fails to mention the effect granting the motion would have on the jurisdiction of the Court and whether it is necessary to add this defendant and remand, or allow the plaintiff to file another suit in state court.

Accordingly;

**IT IS ORDERED** that plaintiff shall file an additional brief on these issues within 15 days from date of this order and the defendant shall have 20 days thereafter in which to file its opposition.

Signed in chambers in Baton Rouge, Louisiana, April 16, 2008.

_____

**MAGISTRATE JUDGE CHRISTINE NOLAND**

1

2