UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUL -9 P 2: 17

BY DEPUTY CLERK

YOLANDA VESSELL AND
ROGERS VESSELL

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 07-228-JJB-CN

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated June 23, 2008 (doc. no. 22) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.   Accordingly the Motion for Leave to File a First Amending and Supplemental Complaint (doc. no. 13) filed by plaintiffs, Yolanda Vessell and Rogers Vessell, is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, this _9th_ day of July, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE